846

No. 703. SMITH ET AL. *v.* FORDHAM UNIVERSITY. Court of Appeals of New York. Certiorari denied.

No. 398, Misc. KIGER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 415, Misc. KRAVITZ *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Michael F. X. Dolan* for petitioner.

No. 416, Misc. COLUCCI *v.* NEW YORK CENTRAL RAILROAD Co. C. A. 6th Cir. Certiorari denied. *Jack G. Day* for petitioner. *John F. Dolan* and *Joseph T. Ryan* for respondent.

No. 425, Misc. CASEY *v.* TAYLOR, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Tyler, Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 435, Misc. SANDERS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Paul L. Adams,* Attorney General of Michigan, and *Samuel J. Torina,* Solicitor General, for respondent.

No. 443, Misc. HARRISON *v.* ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. Philip J. Graziani* and *Fred H. Caplan,* Assistant Attorneys General of West Virginia, for respondent.